1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  MELODY M. WALCOTT, Bar #219930
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, California  93721-2226
   Telephone: (559) 487-5561

   Attorney for Defendant
   ROSIE YVETTE MALBRUE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | NO. 1:10-MJ-00099 DLB |
|---|---|---|
| Plaintiff, | ) ) ) | STIPULATION TO CONTINUE STATUS CONFERENCE HEARING; |
| v. | ) ) | ORDER |
| ROSIE YVETTE MALBRUE, | ) ) | Date:  July 7, 2010 Time:  1:30 P.M. |
| Defendant. | ) ) | Honorable Dennis L. Beck |

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective attorneys of record herein, that the status conference hearing in the above-captioned matter now set for June 16, 2010, **may be continued to July 7, 2010, at 1:30 p.m.**

This continuance is requested to allow time to finalize transfer of jurisdiction and to continue drug treatment for defendant prior to hearing.  Assistant United States Attorney Kevin P. Rooney does not object to this request.  The requested continuance will conserve time and resources for all parties and the court.

///

///

///

///

///

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for further defense preparation pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B).

                                            BENJAMIN B. WAGNER
                                            United States Attorney

DATED: June 15, 2010                /s/ Kevin P. Rooney
                                            KEVIN P. ROONEY
                                            Assistant United States Attorney
                                            Attorney for Plaintiff

                                            DANIEL J. BRODERICK
                                            Federal Defender

DATED: June 15, 2010                /s/ Melody M. Walcott
                                            MELODY M. WALCOTT
                                            Assistant Federal Defender
                                            Attorney for Defendant
                                            ROSIE YVETTE MALBRUE

**O R D E R**

**IT IS SO ORDERED.** Time is excluded in the interests of justice pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B).

IT IS SO ORDERED.

Dated: **June 15, 2010**            /s/ **Gary S. Austin**
                                         UNITED STATES MAGISTRATE JUDGE