UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**M E M O R A N D U M**

Honorable Dennis L. Beck
United States Magistrate Judge
Fresno, California

                                  **RE:**    Rosie Yvette MALBRUE
                                          Docket Number:    1:10M00099-01 DLB
                                                               2:10CR00232-01 MCE
                                          <u>REQUEST TO VACATE COURT DATE</u>

Your Honor:

On March 8, 2010, the United States District Court in the District of New Mexico issued a warrant for the offender's arrest after the Court was notified Ms. Malbrue had violated her supervised release conditions by testing positive for cocaine on eight occasions. The petition for warrant also alleged she failed to appear for drug testing on two occasions and failed to attend a scheduled drug counseling appointment. On April 29, 2010, she was arrested and had her initial appearance before Your Honor on April 30, 2010.  She was released on that date on her own recognizance and she was ordered to appear for a status conference before Judge Snyder on May 5, 2010.  The matter has subsequently been continued on a few more occasions as jurisdiction has been in the process of transferring to the Eastern District of California.  The offender is out of custody and has maintained contact with the probation office as directed.  She did continue to submit positive urine tests and admitted to the use of illicit substances.  Once our office received confirmation that jurisdiction would be transferred to the Eastern District of California, Ms. Malbrue was placed in The Effort Residential Treatment program in Sacramento on June 1, 2010.  She has remained at this facility since that date and is doing well in the program.

Jurisdiction has now been transferred to Judge Morrison C. England, Jr. in Sacramento.  It is requested at this time the Court date set for July 7, 2010, at 1:30 p.m., be vacated and the matter be transferred and placed on Judge England's calendar on July 29, 2010, at 9:00 a.m., for further violation proceedings. The Probation Officer is to notify the offender and counsel of the court date. Both counsel have been advised of this request.

RE:   **Rosie Yvette MALBRUE**
     Docket Number:    1:10M00099-01 DLB
                              2:10CR00232-01 MCE
     **REQUEST TO VACATE COURT DATE**


Respectfully submitted,

/s/ Deborah A. Spencer

**DEBORAH A. SPENCER**
**Supervising United States Probation Officer**
Telephone: (916) 683-3322

**DATED:**    July 2, 2010
                 Elk Grove, California
                 DAS/lr

---

**THE COURT ORDERS:**

(X)    The Court date on July 7, 2010, at 1:30 p.m., is vacated and the matter is transferred and placed on Judge Morrison C. England, Jr.'s calendar on July 29, 2010, at 9:00 a.m., for further violation proceedings. The Probation Officer is to notify the offender and counsel of the court date.

( )    Request to vacate court date not approved. Probation Officer to contact Court.

( )    Other:

2 July 2010                                   /s/ *Dennis L. Beck*
**Date**                                          **Signature of Judicial Officer**

cc:    Susan Phan, Assistant United States Attorney
       Melody Walcott, Assistant Federal Defender